# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144427

CITY OF FRANKFORT,
       Plaintiff-Appellant,

v

                             SC: 144427
                             COA: 298307

POLICE OFFICERS ASSOCIATION OF
MICHIGAN, INC.,
       Defendant-Appellee.
                             Benzie CC: 07-008083-CK

_____/

      On order of the Court, the application for leave to appeal the October 18, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

d0618

_____
Clerk